JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>      v.<br><br>$770,214.00 IN U.S. CURRENCY, ONE 2015 BMW M3, AND $89,976.24 IN BANK FUNDS,<br><br>    Defendants.<br><br>MOHAMED SEBAK,<br><br>    Claimant. | Case No. 5:21-CV-01775-MEMF (SHKx)<br><br>**CONSENT JUDGMENT OF FORFEITURE** |

    Plaintiff and claimant Mohamed Sebak have made a stipulated request for the entry of this Consent Judgment, resolving this action in its entirety.

    The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS ADJUDGES AND DECREES:

    1.    The government has given and published notice of this action as required by law, including Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. Claimant filed a claim and an answer. No other claims or answers have been filed, and the time for filing such claims and answers has expired. This Court has jurisdiction over

1. the parties and the Defendant Assets $770,214.00 in U.S. Currency, One 2015 BMW M3, and $89,976.24 in Bank Funds.

2. Any potential claimants to the Defendant other than Claimant are deemed to have admitted the allegations of the complaint with respect to the Defendant.

3. The following shall be returned to the Claimant:

    a. $258,057.07 in U.S. Currency of the $770,214.00 in U.S. Currency, without any interest that might have been earned on the currency; and

    b. One 2015 BMW M3.

4. The following shall be forfeited to the United States, including any interest earned on the entire balance of currency and bank funds seized by the claimant, and no other right, title, or interest shall exist therein: $602,133.17.

5. Claimant has agreed to release the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of Mohamed Sebak against the United States, whether pursuant to 28 U.S.C. § 2465 or otherwise. Claimant Mohamed Sebak has also waived any rights he may have to seek remission or mitigation of the forfeiture. Nothing in this Consent Judgment is intended as, nor should anything in this Consent Judgment be interpreted as an admission by Claimant Mohamed Sebak of any liability or wrongdoing.

///

///

6. The Court finds that there was reasonable cause for the institution of these proceedings pursuant to 28 U.S.C. § 2465. This judgment constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

**IT IS SO ORDERED.**

Dated: August 5, 2022

                                     MAAME EWUSI-MENSAH FRIMPONG
                                          United States District Judge